

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00641-CV

**IN THE ESTATE OF** Jack C. **GILBERT** Jr., Deceased

From the County Court at Law, Kendall County, Texas
Trial Court No. 16-048-PR
Honorable Stephen B. Ables, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. It is ORDERED that appellee, James C. Gilbert, as Independent Executor of the Estate of Jack C. Gilbert, Jr., recover his costs of this appeal from appellant, Trudy Jane Schuetze Sundin.

SIGNED February 8, 2017.

_____
Patricia O. Alvarez, Justice